UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 10-CR-10346 NMG |
| v. ) | VIOLATIONS: |
| 1. JUAN OMI VELAZQUEZ, ) A/K/A "CYCLOPS" ) | 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition |
| 2. VIDALITO MERCADO, ) A/K/A "KING FIDO," and ) | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) - Criminal Forfeiture Allegations |
| 3. JACK WESTBROOKS, ) A/K/A "J-LO," ) Defendants. ) | |

### INDICTMENT

**COUNT ONE:**   (18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm and Ammunition)

The Grand Jury charges:

On or about February 21, 2010, at Revere, in the District of Massachusetts,

   1. **JUAN OMI VELAZQUEZ, A/K/A "CYCLOPS,"**

   2. **VIDALITO MERCADO, A/K/A "KING FIDO," and**

   3. **JACK WESTBROOKS, A/K/A "J-LO,"**

defendants herein, each having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: a Taurus 9 millimeter revolver with an obliterated serial number, and five rounds of ammunition.

   In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e), and Section 2.

**FORFEITURE ALLEGATION**: (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The Grand Jury further charges that:

1.  Upon conviction of the offense alleged in Count One in this Indictment,

> 1. JUAN OMI VELAZQUEZ, A/K/A "CYCLOPS,"
>
> 2. VIDALITO MERCADO, A/K/A "KING FIDO," and
>
> 3. JACK WESTBROOKS, A/K/A "J-LO,"

defendants herein, shall forfeit to the United States the firearm and ammunition involved in the commission of the offense.

2.  If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants –

> (a) cannot be located upon the exercise of due diligence;
>
> (b) has been transferred or sold to, or deposited with, a third party;
>
> (c) has been placed beyond the jurisdiction of the Court;
>
> (d) has been substantially diminished in value; or
>
> (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
Theodore B. Heinrich
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS                    October __, 2010

Returned into the District Court by the Grand Jurors and filed.

_____ 10/14/10  12:37 pm
Deputy Clerk