UNITED STATES DISTRICT COURT
         DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** ) ) ) v. ) ) **JUAN OMI VELAZQUEZ** ) ) | Criminal Action No. 10-10346-NMG |

            **ORDER**

**GORTON, J.**

  On September 10, 2012, the Clerk received a letter (#107) from defendant Juan Velazquez in which he asks for a transcript of his sentencing hearing. He represents that he needs the document to prepare a motion under 28 U.S.C. § 2255 ("§ 2255"). Invoking 18 U.S.C. § 3006A and 28 U.S.C. § 753(f) ("§ 753(f)"), he asks that he receive the transcript free of cost.

  Under § 753(f), the United States must pay "fees for transcripts furnished in criminal proceedings brought under section 2255 of [Title 28] to persons permitted to sue or appeal in forma pauperis . . . if the trial judge or circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal." 28 U.S.C. § 753(f). However, a request under § 753(f) is premature prior to the actual filing of a § 2255 motion. See, e.g., United States v. Horvath, 157 F.3d 131, 132 (2d Cir. 1998); Chapman v. United States, 55 F.3d 390 (8th Cir. 1995) (per curiam); United States v. Estupinan-Paredes, 967 F. Supp. 2d 39,

41 (D.P.R. 1997); United States v. Groce, 838 F. Supp. 411, 415-16 (E.D. Wisc. 1993); see also United States v. Webb, 54 Fed. Appx. 588 (4th Cir. Jan. 23, 2003) (per curiam) (not selected for publication); United States v. Alcorn, 10 Fed. Appx. 248, 2001 WL 278693 (6th Cir. Mar. 12, 2001) (not selected for publication); United States v. Freeman, 50 F.3d 17, 1995 WL 82683 (9th Cir. Mar. 1, 1995) (not selected for publication).[1]

Because Velazquez has not filed a § 2255 motion, the Court denies without prejudice the request for a transcript prepared at the government's expense. The Clerk shall provide the defendant with a copy of the docket sheet in this action.

**So ordered.**

                                       /s/ Nathaniel M. Gorton
                                       Nathaniel M. Gorton
                                         United States District Judge

Dated: 11/9/12

---

[1] The Court acknowledges a minority position that a litigant contemplating filing a § 2255 motion may receive a transcript under § 753(f) to aid in preparation of the motion. See, e.g., United States v. Chambers, 788 F. Supp. 334, 338 (E.D. Mich. 1992). The First Circuit has not yet decided the issue, see United States v. Desouza, 1 F.3d 1231, 1993 WL 299394, at *2 n.2 (1st Cir. Aug. 5, 1993) (per curiam) (not selected for publication). The Court finds persuasive the reasoning of the decisions finding that § 753(f) does not give courts the power to authorize the expenditure of public funds for transcripts for a § 2255 litigant unless and until the litigant files a § 2255 motion.